STEINGART ASSOCIATES, INC., Respondent, v. SOL SANDLER et al., Doing Business as SUMMIT HOTEL, Appellants.— STALEY, JR., J.

Gibson, P. J., Herlihy, Aulisi, Staley, Jr., and Gabrielli, JJ., concur in memorandum by Staley, Jr., J.